The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH & SECURITY TRUST OF WESTERN WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAICOS CORP., a Washington corporation <br><br> Defendant. | Case No. C10-0430-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for partial summary judgment. (Dkt. No. 14.) Defendants did not file an opposition, and are not represented by counsel as required for a corporation. Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion.

Judgment is entered against Defendant in the amount of $107, 405.03. Plaintiffs are awarded reasonably attorney's fees and costs.

DATED this 30th day of December, 2010.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

MINUTE ORDER
PAGE - 1